# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DOMINION TRANSMISSION, INC.,

    Plaintiff,

v.

JOSEPH DETWEILER, et al.,

    Defendants.

Case No. 2:11-cv-836

**JUDGE SARGUS**

**MAGISTRATE JUDGE KING**

## ORDER

The Parties have notified the Court that Defendant J.J. Detweiler Enterprises, Inc. is currently involved in Chapter 11 bankruptcy proceedings before the United States Bankruptcy Court for the Northern District of Ohio. Accordingly, this matter is stayed pursuant to 11 U.S.C. § 362 and the hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. 6) currently set for October 20, 2011 is vacated. The Parties shall notify the Court upon the resolution of the bankruptcy proceedings or upon the grant of relief from the stay by the Bankruptcy Court.

**IT IS SO ORDERED.**

10-14-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE