```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**DOMINION TRANSMISSION, INC.,**

       **Plaintiff,**

  vs.                                                   Civil Action 2:11-cv-836

                                                            Magistrate Judge King

**JOSEPH DETWEILER, ET AL.,**

       **Defendant.**

<u>ORDER</u>

    This case has been reported settled.

    **A status conference will be held on April 12, 2013 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

  March 19, 2013                             *s/Norah McCann King*
                                                    Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge