```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**DOMINION TRANSMISSION, INC.,**

        **Plaintiff,**

   vs.                                      Civil Action 2:11-cv-836

                                          Magistrate Judge King

**JOSEPH DETWEILER, ET AL.,**

        **Defendant.**

## ORDER

    This case has been reported settled.

    **A status conference will be held on April 12, 2013 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

  March 19, 2013                          *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                   United States Magistrate Judge