IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Dominion Transmission, Inc.,** | ) | |
| | ) | Case No. 2:11 CV 836 |
| Plaintiff / Counterclaim Defendant, | ) | |
| | ) | |
| vs. | ) | Judge Sargus |
| | ) | |
| **Joseph Detweiler, et al.,** | ) | |
| | ) | Magistrate Judge King |
| Defendants / Counterclaimants / | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Rockies Express Pipeline LLC, and** | ) | |
| **Contract Land Staff, LLC,** | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties are before the Court: Plaintiff / Counterclaim Defendant Dominion Transmission, Inc. ("Dominion"); Defendants / Counterclaimants / Third-Party Plaintiffs Joseph Detweiler and J.J. Detweiler Enterprises, Inc. ("Detweiler"); Third-Party Defendant Rockies Express Pipeline LLC ("Rockies Express"); and Third-Party Defendant Contract Land Staff, LLC ("Contract Land Staff"), collectively the "Parties." The Parties have reported to the Court that the case has settled. (Doc. # 55, filed 3/19/13.)

Pursuant to the Federal Rules of Civil Procedure, including Civil Rule 41(a), the agreement of the Parties, and for good cause shown, the Court hereby Orders the following:

a. Defendants / Counterclaimants / Third-Party Plaintiffs are permanently enjoined from jeopardizing the safety and well being of Dominion employees or representatives;

b.  Defendants / Counterclaimants / Third-Party Plaintiffs are permanently enjoined from interfering in any way with Dominion's entrance to the property;

c.  the Court retains jurisdiction to enforce the Parties' settlement agreement and to enforce the injunctions; and

d.  subject to the above permanent injunctions and the Court's retention of jurisdiction to enforce the injunctions and the Parties' settlement agreement, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

4-29-2013
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

**Agreed and Stipulated:**

/s/    *Vincent I. Holzhall*

James C. Carpenter, Trial Attorney (0012228)
Katerina E. Milenkovski (0063314)
Vincent I. Holzhall (0074901)
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 Phone; (614) 221-0952 Fax
james.carpenter@steptoe-johnson.com
kathy.milenkovski@steptoe-johnson.com
*Counsel for Plaintiff / Counterclaim Defendant Dominion Transmission, Inc.*

/s/ *Scott M. Zurakowski*
- per authority of 4-23-13

_____

Scott M. Zurakowski (0069040)
Krugliak, Wilkins, Griffiths & Dougherty Co., LPA
4775 Munson Street, N.W.
P.O. Box 36963
Canton, OH 44735-6963
(330) 497-0700 (phone); (330) 497-4020 (fax)
szurakowski@kwgd.com
*Counsel for Defendants / Counterclaimants / Third-Party Plaintiffs*
*Joseph Detweiler and J.J. Detweiler Enterprises, Inc.*


/s/ *Gregory D. Brunton*
- per authority of 4-25-13

_____

Gregory D. Brunton (0067122)
Reminger Co., LPA
65 E. State Street, Suite 400
Columbus, OH 43215
(614) 228-1311 (phone); (614) 232-2410 (fax)
gbrunton@reminger.com
*Counsel for Third-Party Defendant Rockies Express Pipeline LLC*


/s/ *Jason D. Winter*
- per authority of 4-24-13

_____

Jason D. Winter (0076191)
Melvin J. Davis (0079224)
Reminger Co., LPA
65 E. State Street, Suite 400
Columbus, OH 43215
(614) 228-1311 (phone); (614) 232-2410 (fax)
mdavis@reminger.com
*Counsel for Third-Party Defendant Contract Land Staff, LLC*